# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDUARDO ALVAREZ, and others,<br><br>　　　　　Defendants. | Case No. 14-cr-00120 EMC (NC)<br><br>**ORDER RE: GOVERNMENT'S SEALED MOTION FOR FURTHER PROTECTIVE ORDER**<br><br>Dkt. Nos. 306, 307 |

　　　　This Court ordered the government to provide to moving defendants a bill of particulars by today, January 16. Dkt. No. 297. In its order, the Court permitted the government to seek a further protective order under Federal Rule of Criminal Procedure 16(d)(1), delaying disclosure due to witness safety concerns raised by the government. As permitted, on January 9, 2015, the government filed an ex parte motion under seal seeking to exclude specified witnesses from disclosure in its bill of particulars. While the Court finds it necessary to keep the motion and attached documents under seal,[1] it makes this Order public in the interest of informing the defendants and the witnesses of the Court's

---

[1] A separate order addresses the defendants' motion to unseal the government's ex parte filings. Dkt. No. 308.

14-cr-00120 EMC (NC)
PROTECTIVE ORDER

actions.

The Court now orders that for the witnesses identified in the January 9, 2015, submission, only, the government may delay disclosure of those witnesses until May 19, 2015, due to evidence that immediate disclosure would endanger witness safety. This is the same deadline for disclosure that the Court will set for other unredacted discovery. The Court also clarifies that the May 19 deadline is intended to apply to all defendants, regardless of how District Court Judge Edward M. Chen groups the defendants for trial. In all other respects, the Court's ruling on the bill of particulars is unchanged.

Any party may object to this order within the procedure and schedule previously set by Judge Chen. Dkt. No. 298.

IT IS SO ORDERED.

Date: January 16, 2015

Nathanael M. Cousins
United States Magistrate Judge